PER CURIAM.
 

 We dismiss this petition for writ of habe-as corpus seeking to raise trial court errors which allegedly occurred during peti
 
 *976
 
 tioner’s jury trial in 1996.
 
 See
 
 Fla. R.Crim. P. 3.850(h) (2010) (a petition for writ of habeas corpus may not be used as a substitute for a rule 8.850 motion).
 

 We agree that
 
 State v. Montgomery,
 
 89 So.3d 252, 258-60 (Fla.2010), does not apply retroactively to convictions which were final before our supreme court issued that decision.
 
 Harricharan v. State,
 
 59 So.3d 1162 (Fla. 5th DCA 2011),
 
 petition for discretionary review pending,
 
 SC11-846.
 
 See also Rozzelle v. State,
 
 29 So.3d 1141 (Fla. 1st DCA 2009),
 
 petition for discretionary review pending,
 
 SC10-127.
 

 Dismissed.
 

 DAMOORGIAN, CIKLIN and GERBER, JJ., concur.